■ MACHINERY VALUES, INC., Appellant, v K.B. Co., a New York Limited Partnership, Respondent. [688 NYS2d 899] —Appeal by the plaintiff from stated portions of an order of the Supreme Court, Nassau County (Schmidt, J.), entered March 23, 1998.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Schmidt at the Supreme Court. S. Miller, J. P., Ritter, Altman and H. Miller, JJ., concur.